IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENGE LEMO GAHANO,    3:11-CV–00670-BR

        Plaintiff,    JUDGMENT
            OF DISMISSAL

v.

U.S. BARGE, LLC,

        Defendant.

    The Court issued a Scheduling Order (#54) on June 5, 2012, setting a Scheduling Conference for June 28, 2012. A copy of the Scheduling Order was mailed to Plaintiff on June 5, 2012. The Court held the Scheduling Conference on June 28, 2012, and Plaintiff failed to appear. The Court then issued an Order to Show Cause (#59) on June 29, 2012, requiring Plaintiff to appear at a Show Cause Hearing on July 19, 2012, at 1:30 pm. A copy of the Show Cause Order was mailed to Plaintiff on June 29, 2012. Plaintiff was put on notice that pursuant to Federal Rule of Civil Procedure 41(b), this Court may dismiss an action for failure to prosecute or failure to comply with a Court order. Plaintiff failed to show for the July 19, 2012, Show Cause hearing and did not notify the Court that he could not attend. This matter, therefore, is hereby **DISMISSED with prejudice.**

    DATED this 24th day of July, 2012.

                                ANNA J. BROWN
                                United States District Judge